IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVIN HARKINS, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP, and JOHN DOES 1-25,<br><br>Defendants. | **4:19CV3015**<br><br>**ORDER** |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED that:

(1)  Within forty (40) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2)  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

2

(3)     The clerk shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 23rd day of May, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge