IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVIN HARKINS, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP, and JOHN DOES 1-25,<br><br>Defendants. | **4:19CV3015**<br><br>**JUDGMENT** |

Pursuant to the parties' joint stipulation for dismissal of this case, (Filing No. 10)

IT IS ORDERED, ADJUDGED AND DECREED that the claims between Plaintiff and Defendants are dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated this 5th day of June, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge